# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| QUINCEY HALL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BITCOIN DEPOT, INC.,<br><br>　　　　Defendant. | Case Number:<br>1:25-cv-04317-WMR |

## BITCOIN DEPOT OPERATING, LLC'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Bitcoin Depot Operating, LLC d/b/a/ Bitcoin Depot[1] ("Bitcoin Depot"), by counsel, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), respectfully submits this Motion to Dismiss the Complaint filed by Quincey Hall ("Plaintiff"). A brief in support of Bitcoin Depot's Motion to Dismiss and the Declaration of Ron Moore are filed contemporaneously herewith and incorporated herein by reference.

---

[1] Bitcoin Depot, Inc. does not own or operate any kiosks and had no interaction with consumers (including Plaintiff). Bitcoin Depot Operating, LLC is the correct party.

1

WHEREFORE, Bitcoin Depot respectfully requests that the Court: (1) grant its Motion to Dismiss; (2) dismiss all of Plaintiff's claims with prejudice; and (3) grant any other such relief as may be appropriate.

Dated this 27th day of October 2025.

/s/ Ronald I. Raether, Jr.
Ronald I. Raether. Jr.
*(admitted pro hac vice)*
Troutman Pepper Locke LLP
100 Spectrum Center Drive
Suite 1500
Irvine, CA 92618
Tel: (949) 622-2722
Ron.Raether@troutman.com

Charles E. Peeler
Georgia Bar No. 570399
Cindy D. Hanson
Georgia Bar No. 323920
Troutman Pepper Locke LLP
600 Peachtree Street, N.E., Suite 3000
Atlanta, GA 30308
Tel: (404) 885-3800
Fax: (404) 885-3900
Charles.Peeler@troutman.com
Cindy.Hanson@troutman.com
*Counsel for Defendant Bitcoin Depot Operating, LLC d/b/a Bitcoin Depot*