**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

QUINCEY HALL, individually and on behalf of all others similarly situated,

Plaintiff(s),

vs.

BITCOIN DEPOT, INC.,

Defendant(s).

CIVIL ACTION FILE

NO. 1:25-cv-04317-WMR

# **J U D G M E N T**

This action having come before the court, Honorable William M. Ray, II., United States District Judge, for consideration of the defendant's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed without prejudice.

Dated at Atlanta, Georgia, this 23rd day of April, 2026.

KEVIN P. WEIMER
CLERK OF COURT

By: s/Casey Womack
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 23, 2026
Kevin P. Weimer
Clerk of Court

By: s/Casey Womack
Deputy Clerk